1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7                    IN THE UNITED STATES DISTRICT COURT FOR

8                        THE EASTERN DISTRICT OF CALIFORNIA

9                                   AT FRESNO

10 THOMAS LOPEZ            )
                           )       1:05-CV-698 AWI LJO
11                         )
         Plaintiff,        )       STIPULATION AND ORDER TO DISMISS
12                         )
   vs.                     )
13                         )
   JO ANNE B. BARNHART,    )
14 Commissioner of Social  )
   Security,               )
15                         )
         Defendant.        )
16 _____)

17

18      IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil

19 Action filed on May 26, 2005 on behalf of Plaintiff be dismissed. After thorough review of

20 the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue.

21 Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal.

22      Dated: February 18, 2006            /s/ Gina Fazio

23                                          GINA FAZIO, ESQ.
                                            Attorney for Plaintiff
24
        Dated: March 3, 2006
25                                          MCGREGOR SCOTT
                                            United States Attorney
26
                                            By: /s/ Kristi C. Kapetan
27                                          (as authorized via facsimile)
                                            KRISTI C. KAPETAN
28                                          Assistant U.S. Attorney

1    IT IS SO ORDERED.

2    **Dated:    March 7, 2006**              **/s/ Lawrence J. O'Neill**
     66h44d                                 UNITED STATES MAGISTRATE JUDGE